**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Los Angeles DIVISION**

In re: ABUOMAR, JAMAL § Case No. 17-bk-12627-BR
§
§
§

Debtor(s)

**AMENDED TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 03/06/2017. The undersigned trustee was appointed on 03/06/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $      1,134,183.77

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 430,276.99 |
| Administrative expenses | 87,789.29 |
| Bank service fees | 4,609.86 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 25,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 586,507.63 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/22/2017 and the deadline for filing governmental claims was 09/05/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $56,525.51. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $56,525.51, for a total compensation of $56,525.51$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $186.40 for total expenses of $186.40$^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/05/2019                             By: /s/ John J. Menchaca
                                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Exhibit A

Page: 1

**Case No.:** 17-bk-12627-BR

**Case Name:** ABUOMAR, JAMAL

**For Period Ending:** 03/05/2019

**Trustee Name:** (007950) John J. Menchaca

**Date Filed (f) or Converted (c):** 03/06/2017 (f)

**§ 341(a) Meeting Date:** 04/17/2017

**Claims Bar Date:** 09/22/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE, BUILDING, LAND<br>1126 South Third Avenue, Arcadia, CA 91006-0000 | 950,000.00 | 1,106,183.77 | | 1,134,183.77 | FA |
| 2 | RESIDENCE, BUILDING, LAND<br>3207 Hempstead Avenue, Arcadia, CA 91006 | 450,000.00 | 137,394.00 | | 0.00 | FA |
| 3 | CARS, VANS, TRUCKS, SPORT UTILITY VEHICLES<br>2008 Mercedes S 550 | 20,000.00 | 0.00 | | 0.00 | FA |
| 4 | CARS, VANS, TRUCKS, SPORT UTILITY VEHICLES<br>2004 Cadalac Escalade | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | CARS, VANS, TRUCKS, SPORT UTILITY VEHICLES<br>2008 Chevy Enlise | 1,200.00 | 700.00 | | 0.00 | FA |
| 6 | HOUSEHOLD GOODS AND FURNISHINGS | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | ELECTRONICS<br>Three televisions | 500.00 | 0.00 | | 0.00 | FA |
| 8 | FIREARMS<br>Two handguns | 100.00 | 0.00 | | 0.00 | FA |
| 9 | CLOTHES | 200.00 | 0.00 | | 0.00 | FA |
| 10 | JEWELERY | 100.00 | 0.00 | | 0.00 | FA |
| 11 | CASH | 500.00 | 0.00 | | 0.00 | FA |
| 12 | DEPOSITS OF MONEY<br>Checking: Citi Bank (acc no ending 3696) | 500.00 | 0.00 | | 0.00 | FA |
| 13 | BUSINESS-RELATED PROPERTY<br>J & T Foods, Inc located at 14827 7th Street, Victorville, CA 92395 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | **Assets Totals (Excluding unknown values)** | **$1,426,100.00** | **$1,244,277.77** | | **$1,134,183.77** | **$0.00** |

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

**Case No.:** 17-bk-12627-BR  
**Case Name:** ABUOMAR, JAMAL  
**For Period Ending:** 03/05/2019

**Trustee Name:** (007950) John J. Menchaca  
**Date Filed (f) or Converted (c):** 03/06/2017 (f)  
**§ 341(a) Meeting Date:** 04/17/2017  
**Claims Bar Date:** 09/22/2017

**Major Activities Affecting Case Closing:**

REPORTING PERIOD APRIL 1, 2018 – MARCH 31, 2019

ESTATE'S TAX RETURN:

Trustee's accountant have prepared and filed the estate's final tax returns.

PROOF OF CLAIMS STATUS:

Trustee review and filed claims as deemed necessary.

CLOSING:

The Notice to professionals was served and filed on 9/06/2018.

Notice to Pay Court Costs Due Sent To: John J Menchaca, Total Amount Due $0 . (Fortier, Stacey) (Entered: 06/20/2018)

REPORTING PERIOD APRIL 1, 2017 – MARCH 31, 2018

On March 6, 2017 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code,

In his schedule A/B, the Debtor listed a parcel of real property commonly known as 1126 South Third Avenue, Arcadia, California, 91006 (the "Third Avenue Property") as one of his assets.

In addition, in his schedule A/B, the Debtor listed a second parcel of real property commonly known as 3207 Hempstead Avenue, Arcadia, CA 91006 (the "Hempstead Avenue Property") (the Third Avenue Property, collectively with, the Hempstead Property, the "Properties") as one of his assets. The Spouse is a co-owner of the Properties.

Secured Creditor has a valid and enforceable lien in the amount of $381,000 on the Properties (the "Secured Claim").

In his Schedule C, the Debtor claimed an exemption in the Third Avenue Property in the amount of $100,000 (the "Homestead Exemption") pursuant to California Civil Procedure Code ("CCP") § 704.730. (Dkt. No. 1).

On or about September 13, 2017, the Trustee filed his application to employ Compass-Pasadena (the "Broker"), to list and aid him in marketing the Properties. (Dkt. No. 34).

On December 12, 2017, the Trustee filed (1) a notice of motion and motion for an order approving procedures in connection with the proposed sale of property of the estate and approving the form and manner of notice (Dkt. No. 54) and (2) a notice of motion and motion for an order approving procedures in connection with the proposed sale of property of the estate and approving the form and manner of notice (Dkt. No. 55) (the "Sale Procedures Motions").

The Debtor contends that if the Properties were sold at the prices listed in the Sale consideration the Broker's fees, sales costs, property taxes, capital gains taxes, and Debtor's Homestead Exemption.

The Debtor requested that the Trustee sell the Third Avenue Property and abandon the Hempstead Property, subject to certain terms and conditions as provided in the Agreement, which will provide for a significantly higher net recovery to the estate (at least $225,000 more), thereby benefiting Debtor, the estate, and all of the Debtor's creditors.

After discussions between the Parties and exchange of documents, the Parties have agreed to settle the outstanding dispute between them.

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 3

**Case No.:** 17-bk-12627-BR  
**Case Name:** ABUOMAR, JAMAL  
**For Period Ending:** 03/05/2019

**Trustee Name:** (007950) John J. Menchaca  
**Date Filed (f) or Converted (c):** 03/06/2017 (f)  
**§ 341(a) Meeting Date:** 04/17/2017  
**Claims Bar Date:** 09/22/2017

Upon the Effective Date, Debtor will amend his Schedule C to reduce his Homestead Exemption from $100,000 to $25,000 pursuant to CCP § 704.730.

Secured Creditor will subordinate his deed of trust and $150,000 of his Secured Claim to the costs of administration including the Trustee and his counsel's administrative fees and costs and payment of allowed unsecured claims. For the avoidance doubt, the subordination shall be up to $150,000 and not in excess of $150,000, however, in the event that the total allowed amount of administrative expenses and allowed unsecured claims is less than $150,000, such differential shall be distributed to Secured Creditor. Secured Creditor will otherwise retain his deed of trust on the Hempstead Property.

The Hempstead Property will be abandoned on the Effective Date without further action by the Trustee.

The Spouse consents to a sale of her interests in the Third Avenue Property and to the extent she is entitled to assert a homestead exemption or any other right or exemption in the Third Avenue Property but not the other assets listed in Debtor's Schedule B, waives such right and exemption.

On February 6, 2018, a Motion to Approve Compromise Under Rule 9019. An order approving the Motion was entered by the Court on March 1, 2018.

On February 7, 2018, a Motion For Sale of Property of the Estate under Section 363(b). An order approving the sale was entered March 28, 2018.

PROFESSIONALS:

Order Granting Application to Employ Arent Fox LLP as General Bankruptcy Counsel effective March 8, 2017, was entered by the Court on September 18, 2018.

Order Granting Application to Employ Compass-Pasadena as Real Estate Broker was entered by the Court on October 12, 2017.

Order Granting Application to Employ Menchaca & Company LLP as Accountant effective October 26, 2017, was entered by the Court on December 7, 2017.

ESTATE'S TAX RETURN:

Trustee's anticipates filing the estate's tax return by May 31, 2018.

PROOF OF CLAIMS STATUS:

The Notification of Asset Case was filed with the Court on June 19, 2017. Proofs of Claims due by 9/22/2017. Government Proof of Claim due by 9/5/2017. Trustee has reviewed the claims filed and determined that objections are not necessary.

CLOSING:

Trustee's anticipates filing the Final Report by June 30, 2018.

**Initial Projected Date Of Final Report (TFR):** 06/30/2018    **Current Projected Date Of Final Report (TFR):** 02/01/2019 (Actual)

Form 2

Exhibit B
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 17-bk-12627-BR | Trustee Name: | John J. Menchaca (007950) |
|---|---|---|---|
| Case Name: | ABUOMAR, JAMAL | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8206 | Account #: | ******9300 Checking |
| For Period Ending: | 03/05/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/30/18 | | A & A ESCROW SERVICES INC | 3/28/2018 Per Order Granting Motion For Sale of Property under Section 363(b) | | 624,331.84 | | 624,331.84 |
| | {1} | Frank Zheng | Total Consideration $1,130,000.00 | 1110-000 | | | 624,331.84 |
| | {1} | Taxes | Prorations/Adjustments $1,183.77 | 1110-000 | | | 624,331.84 |
| | | WELLS FARGO | Payoff Charges -$413,191.39 | 4110-000 | | | 624,331.84 |
| | | COLLECTRONICS, INC | Payoff Charges -$11,413.60 | 4110-000 | | | 624,331.84 |
| | | COMPASS CALIFORNIA | Trustee's Agent -$33,900.00 | 3510-000 | | | 624,331.84 |
| | | COMPASS CALIFORNIA | Buyer's Agent -$33,900.00 | 3991-000 | | | 624,331.84 |
| | | | Disclosure Sources disclosure report. -$99.00 | 2500-000 | | | 624,331.84 |
| | | FRANCHISE TAX BOARD | Withholding -$5,672.00 | 5800-000 | | | 624,331.84 |
| | | LAWYERS TITLE COMPANY | -$6,779.67 | 2500-000 | | | 624,331.84 |
| | | A & A ESCROW SERVICES INC | Escrow Charges -$1,896.27 | 2500-000 | | | 624,331.84 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 898.01 | 623,433.83 |
| 06/20/18 | {1} | A & A ESCROW SERVICES INC | Release of funds held by title | 1110-000 | 3,000.00 | | 626,433.83 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 867.97 | 625,565.86 |
| 07/05/18 | 101 | JAMAL ABUOMAR | Homestead exemption pymt - per docket 90 | 8100-002 | | 25,000.00 | 600,565.86 |
| 07/16/18 | 102 | INTERNATIONAL SURETIES, LTD. | Bond #016030867 | 2300-000 | | 16.35 | 600,549.51 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 952.57 | 599,596.94 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 891.17 | 598,705.77 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 459.27 | 598,246.50 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 540.87 | 597,705.63 |
| | | | | **Page Subtotals:** | **$627,331.84** | **$29,626.21** | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 17-bk-12627-BR | Trustee Name: | John J. Menchaca (007950) |
|---|---|---|---|
| Case Name: | ABUOMAR, JAMAL | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8206 | Account #: | ******9300 Checking |
| For Period Ending: | 03/05/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/06/18 | 103 | UNITED STATES TREASURY | Per O.E. 11/5/2018 - Employer ID # 30-6588206 2017 Form 1041 | 2810-000 | | 9,446.00 | 588,259.63 |
| 11/06/18 | 104 | FRANCHISE TAX BOARD | Per O.E. 11/5/2018 - Federal ID # 30-6588206 2017 Form 541 | 2820-000 | | 1,752.00 | 586,507.63 |
| | | **COLUMN TOTALS** | | | 627,331.84 | 40,824.21 | $586,507.63 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 627,331.84 | 40,824.21 | |
| | | | Less: Payments to Debtors | | | 25,000.00 | |
| | | **NET Receipts / Disbursements** | | | $627,331.84 | $15,824.21 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 3

# Cash Receipts And Disbursements Record

| Case No.: | 17-bk-12627-BR | Trustee Name: | John J. Menchaca (007950) |
|---|---|---|---|
| Case Name: | ABUOMAR, JAMAL | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8206 | Account #: | ******9301 Checking |
| For Period Ending: | 03/05/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | | | | | |

**(No transactions on file for this period)**

| | | | | |
|---|---|---|---|---|
| | **COLUMN TOTALS** | 0.00 | 0.00 | $0.00 |
| | Less: Bank Transfers/CDs | 0.00 | **0.00** | |
| | **Subtotal** | **0.00** | **0.00** | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

{ } *Asset Reference(s)*     **UST Form 101-7-TFR (5/1/2011)**     *! - transaction has not been cleared*

**Form 2**

Exhibit B
Page: 4

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 17-bk-12627-BR | **Trustee Name:** | John J. Menchaca (007950) |
| **Case Name:** | ABUOMAR, JAMAL | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***8206 | **Account #:** | ******9301 Checking |
| **For Period Ending:** | 03/05/2019 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

|  |  |
|---:|---:|
| Net Receipts: | $627,331.84 |
| Plus Gross Adjustments: | $506,851.93 |
| Less Payments to Debtor: | $25,000.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $1,109,183.77 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******9300 Checking | $627,331.84 | $15,824.21 | $586,507.63 |
| ******9301 Checking | $0.00 | $0.00 | $0.00 |
| | **$627,331.84** | **$15,824.21** | **$586,507.63** |

UST Form 101-7-TFR (5/1/2011)

# Central District of California
# Claims Register

### 2:17-bk-12627-BR Jamal Abuomar

**Judge:** Barry Russell  **Chapter:** 7
**Office:** Los Angeles  **Last Date to file claims:** 09/22/2017
**Trustee:** John J Menchaca (TR)  **Last Date to file (Govt):** 09/05/2017

| Creditor: (37669987)<br>Interex Corp<br>RHK Recovery Group Inc<br>1670 Old Country Road Ste 202<br>Plainview NY 11762 | **Claim No: 1**<br>Original Filed Date: 03/13/2017<br>Original Entered Date: 03/14/2017 | Status:<br>Filed by: CR<br>Entered by: Olivia Ventura<br>Modified: |
|---|---|---|

| Amount claimed: $8623.25 | **Trustee's Comments:** Per O.E. 07/03/2018 Allowed as general unsecured claim in the reduced amount f $3,252.48. |
|---|---|

History:

| Details | 1-1 | 03/13/2017 | Claim #1 filed by Interex Corp, Amount claimed: $8623.25 (Ventura, Olivia) |
|---|---|---|---|
|  | 93 | 05/14/2018 | Motion to Disallow Claims -- *Chapter 7 Trustee's Motion For An Order Disallowing The Following Claims Lacking Supporting Documentation; Claim No. 1-1 Filed By Interex Corp.; Claim No. 6-1 Filed By KLM Management Company; Claim No. 20-1 Filed By J&J Sports Productions, Inc. Memorandum Of Points And Authorities And Declaration Of Christopher K.S. Wong In Support Thereof, With Proof Of Service* Filed by Trustee John J Menchaca (TR) (Wong, Christopher K.S.) |

Description: (1-1) Goods sold
Remarks:

| Creditor: (37651394)<br>Can Capital Assert Services, Inc.<br>c/o Stuart A. Katz Law Offices<br>20271 SW Birch St., #100<br>Newport Beach, CA 92660 | **Claim No: 2**<br>Original Filed Date: 06/27/2017<br>Original Entered Date: 06/27/2017<br>Last Amendment Filed: 03/20/2018<br>Last Amendment Entered: 03/20/2018 | Status:<br>Filed by: CR<br>Entered by: Stuart A Katz<br>Modified: |
|---|---|---|

| Amount claimed: $182363.90 | **Trustee's Comments:** Allowed as unsecured claim in the amount of $182,363.90. |
|---|---|

History:

| Details | 2-1 | 06/27/2017 | Claim #2 filed by Can Capital Assert Services, Inc., Amount claimed: $182363.90 (Katz, Stuart) |
|---|---|---|---|
| Details | 2-2 | 03/20/2018 | Amended Claim #2 filed by Can Capital Assert Services, Inc., Amount claimed: $182363.90 (Katz, Stuart) |

Description:
Remarks:

| Creditor: (37913711)<br>County of San Bernanrdino<br>Office of The Tax Collector<br>268 West Hospitality Lane, 1st Floor<br>San Bernardino CA 92415 | **Claim No: 3**<br>Original Filed Date: 06/30/2017<br>Original Entered Date: 07/03/2017 | Status:<br>Filed by: CR<br>Entered by: Olivia Ventura<br>Modified: |
|---|---|---|
| Amount claimed: $3437.01<br>Secured claimed: $3437.01 | **Trustee's Comments: Per O.E. 09/17/2018 disallowed in full.** | |

History:

| Details | 3-1 | 06/30/2017 | Claim #3 filed by County of San Bernanrdino, Amount claimed: $3437.01 (Ventura, Olivia) |
|---|---|---|---|
| | 110 | 07/12/2018 | Motion RE: Objection to Claim Number 3 by Claimant County of San Bernardino, Office of the Tax Collector. *With Proof of Service* Filed by Debtor Jamal Abuomar (Attachments: # 1 Exhibit 1) (Bogard, Lane) |

Description: (3-1) Taxes
Remarks:

| Creditor: (37919316)<br>Southern California Edison Company<br>1551 W San Bernardino Road<br>Covina, CA 91722 | **Claim No: 4**<br>Original Filed Date: 07/05/2017<br>Original Entered Date: 07/06/2017 | Status:<br>Filed by: CR<br>Entered by: Kim S. Collins<br>Modified: |
|---|---|---|
| Amount claimed: $47148.53 | **Trustee's Comments: Per O.E. 09/26/2018 claim is allowed in the amount in the amount of $642.39.** | |

History:

| Details | 4-1 | 07/05/2017 | Claim #4 filed by Southern California Edison Company, Amount claimed: $47148.53 (Collins, Kim S.) |
|---|---|---|---|
| | 112 | 07/12/2018 | Motion RE: Objection to Claim Number 4 by Claimant Southern California Edison. *With Proof of Service* Filed by Debtor Jamal Abuomar (Attachments: # 1 Exhibit 1) (Bogard, Lane) |

Description:
Remarks:

| Creditor: (37651443) History<br>IPFS CORPORATION<br>30 Montgomery Street<br>Suite 1000<br>Jersey City, NJ 07302 | **Claim No: 5**<br>Original Filed Date: 07/07/2017<br>Original Entered Date: 07/07/2017 | Status:<br>Filed by: CR<br>Entered by: Lisa R Chandler<br>Modified: |
|---|---|---|
| Amount claimed: $2336.20 | **Trustee's Comments: Per O.E. 09/17/2018 disallowed in full.** | |

History:

| Details | 5-1 | 07/07/2017 | Claim #5 filed by IPFS CORPORATION, Amount claimed: $2336.20 (Chandler, Lisa) |
|---|---|---|---|
| | 114 | 07/12/2018 | Motion RE: Objection to Claim Number 5 by Claimant IPFS Corporation. *With Proof of Service* Filed by Debtor Jamal Abuomar (Attachments: # 1 Exhibit 1) (Bogard, Lane) |

Description: (5-1) Balance due under premium finance agreement
Remarks:

| Creditor: (37651447) History<br>KLM Management Company<br>dba AMCOM Food Service<br>c/o Law Offices of Gary S. Sherman<br>Attn: Marlee E Sherman<br>21112 Ventura Blvd.<br>Woodland Hills, CA 91364 | **Claim No: 6**<br>Original Filed Date: 07/10/2017<br>Original Entered Date: 07/11/2017 | Status:<br>Filed by: CR<br>Entered by: Sonny Milano<br>Modified: |
|---|---|---|
| Amount claimed: $12034.57 | | **Trustee's Comments: Per O.E. 07/03/2018 disallowed in full.** |

History:

| Details | 6-1 | 07/10/2017 | Claim #6 filed by KLM Management Company, Amount claimed: $12034.57 (Milano, Sonny) |
|---|---|---|---|
| | 93 | 05/14/2018 | Motion to Disallow Claims -- *Chapter 7 Trustee's Motion For An Order Disallowing The Following Claims Lacking Supporting Documentation; Claim No. 1-1 Filed By Interex Corp.; Claim No. 6-1 Filed By KLM Management Company; Claim No. 20-1 Filed By J&J Sports Productions, Inc. Memorandum Of Points And Authorities And Declaration Of Christopher K.S. Wong In Support Thereof, With Proof Of Service* Filed by Trustee John J Menchaca (TR) (Wong, Christopher K.S.) |

Description: (6-1) Goods sold and delivered
Remarks:

| Creditor: (37651438)<br>HARVEST MEAT COMPANY, INC.<br>1022 Bay Marina Drive, Suite 106<br>National City, CA 91950 | **Claim No: 7**<br>Original Filed Date: 07/11/2017<br>Original Entered Date: 07/11/2017 | Status:<br>Filed by: CR<br>Entered by: Lee Haskell<br>Modified: |
|---|---|---|
| Amount claimed: $10242.16 | | **Trustee's Comments: Allowed as unsecured claim.** |

History:

| Details | 7-1 | 07/11/2017 | Claim #7 filed by HARVEST MEAT COMPANY, INC., Amount claimed: $10242.16 (Haskell, Lee) |
|---|---|---|---|

Description:
Remarks:

| Creditor: (37651459)<br>Mariscos Bahia, Inc.<br>c/o Michael Alan Abramson<br>8918 W. Pico blvd., #120<br>Los Angeles, CA 90035 | **Claim No: 8**<br>Original Filed Date: 07/13/2017<br>Original Entered Date: 07/13/2017 | Status:<br>Filed by: CR<br>Entered by: Michael A Abramson<br>Modified: |
|---|---|---|
| Amount claimed: $9526.71 | | **Trustee's Comments: Per O.E. 09/17/2018 disallowed in full.** |

History:

| Details | 8-1 | 07/13/2017 | Claim #8 filed by Mariscos Bahia, Inc., Amount claimed: $9526.71 (Abramson, Michael) |
|---|---|---|---|
| | 116 | 07/12/2018 | Motion RE: Objection to Claim Number 8 by Claimant Mariscos Bahia, Inc.. *With Proof of Service* Filed by Debtor Jamal Abuomar (Attachments: # 1 Exhibit 1) (Bogard, Lane) |

Description: (8-1) Goods sold
Remarks:

| Creditor: (37957857)<br>Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>P.O. Box 29482<br>Phoenix, AZ 85038-8650 | **Claim No: 9**<br>Original Filed Date: 07/27/2017<br>Original Entered Date: 07/27/2017 | Status:<br>Filed by: CR<br>Entered by: Henia D West<br>Modified: |
|---|---|---|
| Amount claimed: $20878.00 | **Trustee's Comments: Per O.E. 09/17/2018 disallowed in full.** | |

| History: | | | |
|---|---|---|---|
| Details | 9-1 | 07/27/2017 | Claim #9 filed by Wells Fargo Bank, N.A., Amount claimed: $20878.00 (West, Henia) |
| | 118 | 07/12/2018 | Motion RE: Objection to Claim Number 9 by Claimant Wells Frago Bank, N.A.. *With Proof of Service* Filed by Debtor Jamal Abuomar (Attachments: # 1 Exhibit 1) (Bogard, Lane) |

Description: (9-1) 616773685
Remarks:

| Creditor: (37957857)<br>Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>P.O. Box 29482<br>Phoenix, AZ 85038-8650 | **Claim No: 10**<br>Original Filed Date: 07/27/2017<br>Original Entered Date: 07/27/2017 | Status:<br>Filed by: CR<br>Entered by: Henia D West<br>Modified: |
|---|---|---|
| Amount claimed: $7667.16 | **Trustee's Comments: Per O.E. 09/17/2018 disallowed in full.** | |

| History: | | | |
|---|---|---|---|
| Details | 10-1 | 07/27/2017 | Claim #10 filed by Wells Fargo Bank, N.A., Amount claimed: $7667.16 (West, Henia) |
| | 120 | 07/12/2018 | Motion RE: Objection to Claim Number 10 by Claimant Wells Fargo Bank, N.A.. *With Proof of Service* Filed by Debtor Jamal Abuomar (Attachments: # 1 Exhibit 1) (Bogard, Lane) |

Description: (10-1) 613865228
Remarks:

| Creditor: (37957857)<br>Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>P.O. Box 29482<br>Phoenix, AZ 85038-8650 | **Claim No: 11**<br>Original Filed Date: 07/27/2017<br>Original Entered Date: 07/27/2017 | Status:<br>Filed by: CR<br>Entered by: Henia D West<br>Modified: |
|---|---|---|
| Amount claimed: $6268.60 | **Trustee's Comments: Per O.E. 09/17/2018 disallowed in full.** | |

| History: | | | |
|---|---|---|---|
| Details | 11-1 | 07/27/2017 | Claim #11 filed by Wells Fargo Bank, N.A., Amount claimed: $6268.60 (West, Henia) |
| | 122 | 07/12/2018 | Motion RE: Objection to Claim Number 11 by Claimant Wells Fargo Bank, N.A.. *With Proof of Service* Filed by Debtor Jamal Abuomar (Attachments: # 1 Exhibit 1) (Bogard, Lane) |

Description: (11-1) 599990161
Remarks:

| Creditor: (37957890)<br>Capital One, N.A.<br>c/o Becket and Lee LLP | **Claim No: 12**<br>Original Filed Date: 07/27/2017<br>Original Entered | Status:<br>Filed by: CR<br>Entered by: Greg Deegan<br>Modified: |
|---|---|---|

| | | |
|---|---|---|
| PO Box 3001<br>Malvern PA 19355-0701 | | |
| Amount claimed: $981.65 | | Trustee's Comments: Allowed as unsecured claim. |

History:

| Details | 12-1 | 07/27/2017 | Claim #12 filed by Capital One, N.A., Amount claimed: $981.65 (Deegan, Greg) |
|---|---|---|---|

Description:
Remarks:

| Creditor: (37976319)<br>California Department of Tax and Fee<br>Administratio<br>PO BOX 942879<br>Sacramento CA 94279 | Claim No: 13<br>Original Filed<br>Date: 08/03/2017<br>Original Entered<br>Date: 08/03/2017 | Status:<br>Filed by: CR<br>Entered by: Viridiana Fierro<br>Modified: |
|---|---|---|
| Amount claimed: $7410.81 | | Trustee's Comments: Allowed as unsecured claim. |

History:

| Details | 13-1 | 08/03/2017 | Claim #13 filed by California Department of Tax and Fee Administratio, Amount claimed: $7410.81 (Fierro, Viridiana) |
|---|---|---|---|

Description:
Remarks:

| Creditor: (37996772)<br>Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Claim No: 14<br>Original Filed<br>Date: 08/15/2017<br>Original Entered<br>Date: 08/15/2017 | Status:<br>Filed by: CR<br>Entered by: Julie K Nahalea<br>Modified: |
|---|---|---|
| Amount claimed: $7073.08 | | Trustee's Comments: Allowed as unsecured claim. |

History:

| Details | 14-1 | 08/15/2017 | Claim #14 filed by Wells Fargo Bank, N.A., Amount claimed: $7073.08 (Nahalea, Julie) |
|---|---|---|---|

Description:
Remarks:

| Creditor: (37999355)<br>Dunbar Security Products Inc<br>Jennifer Bray<br>50 Schilling Rd<br>Hunt Valley, MD 21031 | Claim No: 15<br>Original Filed<br>Date: 08/14/2017<br>Original Entered<br>Date: 08/16/2017 | Status:<br>Filed by: CR<br>Entered by: Kim S. Collins<br>Modified: |
|---|---|---|
| Amount claimed: $355.55 | | Trustee's Comments: Per O.E. 09/17/2018 disallowed in full. |

History:

| Details | 15-1 | 08/14/2017 | Claim #15 filed by Dunbar Security Products Inc, Amount claimed: $355.55 (Collins, Kim S.) |
|---|---|---|---|
| | 124 | 07/12/2018 | Motion RE: Objection to Claim Number 15 by Claimant Dunbar Security Products, Inc.. *With Proof of Service* Filed by Debtor Jamal Abuomar (Attachments: # 1 Exhibit 1) (Bogard, Lane) |

Description:
Remarks:

| Creditor: (38021699) WA Thompson Distributing CO of Barstow PO Box 40310 Bakersfield CA 93384 | Claim No: 16 Original Filed Date: 08/25/2017 Original Entered Date: 08/28/2017 | Status: Filed by: CR Entered by: Vera Serrano Modified: |
|---|---|---|
| Amount claimed: $10228.72 |  | **Trustee's Comments: Per O.E. 09/17/2018 disallowed in full.** |

| History: | | | |
|---|---|---|---|
| Details | 16-1 | 08/25/2017 | Claim #16 filed by WA Thompson Distributing CO, Amount claimed: $10228.72 (Serrano, Vera) |
| | 126 | 07/12/2018 | Motion RE: Objection to Claim Number 16 by Claimant WA Thompson Distributing Co. of Barstow. *With Proof of Service* Filed by Debtor Jamal Abuomar (Attachments: # 1 Exhibit 1) (Bogard, Lane) |

Description:
Remarks:

| Creditor: (38034045) American Express Centurion Bank c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | Claim No: 17 Original Filed Date: 09/01/2017 Original Entered Date: 09/01/2017 | Status: Filed by: CR Entered by: Greg Deegan Modified: |
|---|---|---|
| Amount claimed: $3379.00 | | **Trustee's Comments: Allowed as unsecured claim.** |

| History: | | | |
|---|---|---|---|
| Details | 17-1 | 09/01/2017 | Claim #17 filed by American Express Centurion Bank, Amount claimed: $3379.00 (Deegan, Greg) |

Description:
Remarks:

| Creditor: (37651492) RICHARD'S FOOD INC 12500 SLAUSON AVE BLD C-2 Santa Fe Springs, CA 90670 | Claim No: 18 Original Filed Date: 09/20/2017 Original Entered Date: 09/21/2017 | Status: Filed by: CR Entered by: Diana Tang Modified: |
|---|---|---|
| Amount claimed: $24500.78 | | **Trustee's Comments: Per O.E. 09/17/2018 disallowed in full.** |

| History: | | | |
|---|---|---|---|
| Details | 18-1 | 09/20/2017 | Claim #18 filed by RICHARD'S FOOD INC, Amount claimed: $24500.78 (Tang, Diana) |
| | 128 | 07/12/2018 | Motion RE: Objection to Claim Number 18 by Claimant Richard's Foods, Inc.. *With Proof of Service* Filed by Debtor Jamal Abuomar (Attachments: # 1 Exhibit 1) (Bogard, Lane) |

Description:
Remarks:

| Creditor: (38110348)<br>National Commercial Recovery, Inc.<br>c/o Glenn A. Besnyl<br>Attorney at Law<br>750 N. Diamond Bar Blvd., Suite 220<br>Diamond Bar, CA 91765 | Claim No: 19<br>Original Filed Date: 10/12/2017<br>Original Entered Date: 10/12/2017<br>Last Amendment Filed: 06/11/2018<br>Last Amendment Entered: 06/11/2018 | Status:<br>Filed by: AT<br>Entered by: Glenn Besnyl<br>Modified: |
|---|---|---|

Amount claimed: $49362.74    **Trustee's Comments: Allowed Per Order Entered 06/12/2018**

History:

| Details | 19-1 | 10/12/2017 | Claim #19 filed by National Commercial Recovery, Inc., Amount claimed: $49362.74 (Besnyl, Glenn) |
|---|---|---|---|
| | 91 | 05/14/2018 | Motion to Disallow Claims -- *Chapter 7 Trustee's Motion For An Order Disallowing Claim No. 19-1 Filed By National Commercial Recovery, Inc.; Memorandum Of Points And Authorities And Declaration Of Christopher K.S. Wong In Support Thereof, With Proof Of Service* Filed by Trustee John J Menchaca (TR) (Wong, Christopher K.S.) |
| Details | 19-2 | 06/11/2018 | Amended Claim #19 filed by National Commercial Recovery, Inc., Amount claimed: $49362.74 (Besnyl, Glenn) |

Description: (19-1) Priority Claim Under PACA
Remarks:

| Creditor: (38350779)<br>J&J Sports Productions, Inc<br>Law Offices of Thomas P. Riley, P.C<br>1114 Fremont Ave<br>South Pasadena CA 91101 | Claim No: 20<br>Original Filed Date: 02/16/2018<br>Original Entered Date: 02/23/2018 | Status:<br>Filed by: CR<br>Entered by: Sarah Cowan<br>Modified: |
|---|---|---|

Amount claimed: $112000.00    **Trustee's Comments: Per O.E. 07/03/2018 disallowed in full.**

History:

| Details | 20-1 | 02/16/2018 | Claim #20 filed by J&J Sports Productions, Inc, Amount claimed: $112000.00 (Cowan, Sarah) |
|---|---|---|---|
| | 93 | 05/14/2018 | Motion to Disallow Claims -- *Chapter 7 Trustee's Motion For An Order Disallowing The Following Claims Lacking Supporting Documentation; Claim No. 1-1 Filed By Interex Corp.; Claim No. 6-1 Filed By KLM Management Company; Claim No. 20-1 Filed By J&J Sports Productions, Inc. Memorandum Of Points And Authorities And Declaration Of Christopher K.S. Wong In Support Thereof, With Proof Of Service* Filed by Trustee John J Menchaca (TR) (Wong, Christopher K.S.) |

Description:
Remarks:

| Creditor: (37651447)  History<br>KLM Management Company<br>dba AMCOM Food Service<br>c/o Law Offices of Gary S. Sherman<br>Attn: Marlee E Sherman<br>21112 Ventura Blvd.<br>Woodland Hills, CA 91364 | Claim No: 21<br>Original Filed Date: 06/08/2018<br>Original Entered Date: 06/08/2018 | Status:<br>Filed by: CR<br>Entered by: Olivia Ventura<br>Modified: |
|---|---|---|

History:

| Details | 21-1 | 06/08/2018 | Claim #21 filed by KLM Management Company, Amount claimed: $12034.57 (Ventura, Olivia) |
|---|---|---|---|

Description: (21-1) Goods sold and delivered
Remarks:

| Amount claimed: | $12034.57 | **Trustee's Comments: Per O.E. 07/03/2018 disallowed in full.** |
|---|---|---|
| History: | | |
| Details | 21-1 | 06/08/2018 | Claim #21 filed by KLM Management Company, Amount claimed: $12034.57 (Ventura, Olivia) |
| Description: (21-1) Goods sold and delivered | | |
| Remarks: | | |

## Claims Register Summary

**Case Name:** Jamal Abuomar
**Case Number:** 2:17-bk-12627-BR
**Chapter:** 7
**Date Filed:** 03/06/2017
**Total Number Of Claims:** 21

| Total Amount Claimed* | $537852.99 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $3437.01 | |
| **Priority** | | |
| **Administrative** | | |

---

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/01/2019 08:35:43 | | | |
| **PACER Login:** | jm6336:3382040:0 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 2:17-bk-12627-BR Filed or Entered From: 1/11/2013 Filed or Entered To: 12/31/2019 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 17-bk-12627-BR
Case Name: JAMAL ABUOMAR
Trustee Name: John J. Menchaca

**Balance on hand:**   $   586,507.63

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| PER O.E.3-1-18 | ALI ASSAD ABUOMAR | 231,000.00 | 231,000.00 | 0.00 | 231,000.00 |
| 3 | County of San Bernanrdino Office of The Tax Collector | 3,437.01 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $   231,000.00
Remaining balance:   $   355,507.63

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - John J. Menchaca | 56,525.51 | 0.00 | 56,525.51 |
| Accountant for Trustee, Fees - Menchaca & Company, LLP | 9,826.50 | 0.00 | 9,826.50 |
| Accountant for Trustee, Expenses - Menchaca & Company, LLP | 24.20 | 0.00 | 24.20 |
| Trustee, Expenses - John J. Menchaca | 186.40 | 0.00 | 186.40 |
| Attorney for Trustee Fees (Other Firm) - ARENT FOX LLP | 141,007.00 | 0.00 | 141,007.00 |
| Attorney for Trustee Expenses (Other Firm) - ARENT FOX LLP | 7,385.95 | 0.00 | 7,385.95 |

Total to be paid for chapter 7 administrative expenses:   $   214,955.56
Remaining balance:   $   140,552.07

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   140,552.07

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 140,552.07 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $215,345.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 65.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Interex Corp | 3,252.48 | 0.00 | 2,122.83 |
| 2-2 | Can Capital Assert Services, Inc. | 182,363.90 | 0.00 | 119,025.60 |
| 4 | Southern California Edison Company | 642.39 | 0.00 | 419.28 |
| 5 | IPFS CORPORATION | 0.00 | 0.00 | 0.00 |
| 6 | KLM Management Company | 0.00 | 0.00 | 0.00 |
| 7 | HARVEST MEAT COMPANY, INC. | 10,242.16 | 0.00 | 6,684.87 |
| 8 | Mariscos Bahia, Inc. c/o Michael Alan Abramson | 0.00 | 0.00 | 0.00 |
| 9 | Wells Fargo Bank, N.A. Small Business Lending Division | 0.00 | 0.00 | 0.00 |
| 10 | Wells Fargo Bank, N.A. Small Business Lending Division | 0.00 | 0.00 | 0.00 |
| 11 | Wells Fargo Bank, N.A. Small Business Lending Division | 0.00 | 0.00 | 0.00 |
| 12 | Capital One, N.A. | 981.65 | 0.00 | 640.71 |
| 13 | California Department of Tax and Fee Administration | 7,410.81 | 0.00 | 4,836.90 |
| 14 | Wells Fargo Bank, N.A. | 7,073.08 | 0.00 | 4,616.47 |
| 15 | Dunbar Security Products Inc | 0.00 | 0.00 | 0.00 |
| 16 | WA Thompson Distributing CO | 0.00 | 0.00 | 0.00 |
| 17 | American Express Centurion Bank | 3,379.00 | 0.00 | 2,205.41 |
| 18 | RICHARD'S FOOD INC | 0.00 | 0.00 | 0.00 |

| | Total to be paid for timely general unsecured claims: | $ | 140,552.07 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $49,362.74 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 19 | National Commercial Recovery, Inc. | 49,362.74 | 0.00 | 0.00 |
| 20 | J&J Sports Productions, Inc Law Offices of Thomas P. Riley, P.C | 0.00 | 0.00 | 0.00 |
| 21 | KLM Management Company dba AMCOM Food Service c/o Law Offices of Gary S. Sherman Attn: Marlee E Sherman | 0.00 | 0.00 | 0.00 |

| | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |